LAVI & EBRAHIMIAN, LLP
Joseph Lavi (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello (State Bar. No. 276483)
jbellow@lelawfirm.com
8889 W. Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Telephone: (310) 432-0000
Facsimile (310) 432-0001

LAW OFFICES OF SAHAG MAJARIAN II
Sahag Majarian II (State Bar No. 146621)
sahagii@aol.com
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff
CAROLINA LEOS

VORYS SATER SEYMOUR & PEASE LLP
Thomas N. McCormick (Bar No. 325537)
tnmccormick@vorys.com
Emily A. Papania (Bar No. 325027)
eapapania@vorys.com
52 East Gay Street
Columbus, OH 43215
Telephone: (513) 723-4011
Facsimile: (513) 852-7888

Attorneys for Defendant
ZALE DELAWARE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINA LEOS on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ZALE DELAWARE, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00829<br><br>**STIPULATION TO STAY ALL PROCEEDINGS PENDING MEDIATION; ORDER**<br><br>Action Filed: May 9, 2019 |

| | |
|---|---|
| 1 | This Stipulation (the "Stipulation") is made by and between Plaintiff Carolina Leos |
| 2 | ("Plaintiff") and Defendant Zale Delaware, Inc. ("Defendant") (collectively, the "Parties") |
| 3 | through their respective counsel of record, with reference to the following facts. |
| 4 | WHEREAS, the Parties would like to attempt to resolve this matter without |
| 5 | expending the costly resources associated with further litigation; |
| 6 | WHEREAS, the Parties have agreed, in good faith, to voluntarily mediate this |
| 7 | matter in the hopes of a successful resolution; |
| 8 | WHEREAS, the Parties have scheduled a mediation for March 30, 2020; and |
| 9 | WHEREAS, it is within this Court's power to stay proceedings, a stay pending |
| 10 | mediation will not damage or prejudice any party, the further expenditure of resources |
| 11 | before mediation could pose a hardship to both parties, and a stay pending mediation could |
| 12 | simply the matters before the Court; |
| 13 | NOW THEREFORE, the Parties STIPULATE AND AGREE as follows: |
| 14 | 1. All further proceedings relating to this matter should be stayed pending the |
| 15 | mediation scheduled for March 30, 2020. |
| 16 | 2. The Parties shall inform the Court of the outcome of that mediation; and |
| 17 | 3. The stay should be lifted if that mediation proves unsuccessful. |
| 18 | IT IS SO STIPULATED. |

Dated: October 9, 2019

/s/ Jordan D. Bello
Joseph Lavi (State Bar No. 209776)
Jordan D. Bello (State Bar. No. 276483)
LAVI & EBRAHIMIAN, LLP

Attorneys for Plaintiff
CAROLINA LEOS

Dated: October 9, 2019

/s/ Thomas N. McCormick
Thomas N. McCormick (Bar No. 325537)
Emily A. Papania (Bar No. 325027)
VORYS, SATER, SEYMOUR & PEASE LLP

Attorneys for Defendant
ZALE DELAWARE, INC.

## ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for Plaintiff Carolina Leos and Defendant Zale Delaware, Inc., and good cause appearing therefore, this Court hereby grants the Parties request to STAY all proceedings pending mediation. This Court hereby ORDERS:

1. All further proceedings relating to this matter are stayed pending the mediation scheduled for March 30, 2020;

2. The Parties shall inform the Court of the outcome of that mediation; and

3. The stay will be lifted if that mediation proves unsuccessful.

IT IS SO ORDERED.

Dated: October 11, 2019

Troy L. Nunley
United States District Judge