LAVI & EBRAHIMIAN, LLP
Joseph Lavi (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello (State Bar. No. 276483)
jbellow@lelawfirm.com
8889 W. Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Telephone: (310) 432-0000
Facsimile (310) 432-0001

LAW OFFICES OF SAHAG MAJARIAN II
Sahag Majarian II (State Bar No. 146621)
sahagii@aol.com
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff
CAROLINA LEOS

VORYS SATER SEYMOUR & PEASE LLP
Thomas N. McCormick (Bar No. 325537)
tnmccormick@vorys.com
Emily A. Papania (Bar No. 325027)
eapapania@vorys.com
52 East Gay Street
Columbus, OH 43215
Telephone: (513) 723-4011
Facsimile: (513) 852-7888

Attorneys for Defendant
ZALE DELAWARE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA LEOS on behalf of herself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ZALE DELAWARE, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:19-CV-00829<br><br>**SECOND STIPULATION TO STAY ALL PROCEEDINGS PENDING MEDIATION; ORDER**<br><br>Action Filed: May 9, 2019 |

| | |
|---|---|
| 1 | This Second Stipulation (the "Stipulation") is made by and between Plaintiff |
| 2 | Carolina Leos ("Plaintiff") and Defendant Zale Delaware, Inc. ("Defendant") (collectively, |
| 3 | the "Parties") through their respective counsel of record, with reference to the following |
| 4 | facts. |
| 5 | WHEREAS, the Parties would like to attempt to resolve this matter without |
| 6 | expending the costly resources associated with further litigation; |
| 7 | WHEREAS, the Parties have agreed, in good faith, to voluntarily mediate this |
| 8 | matter in the hopes of a successful resolution; |
| 9 | WHEREAS, the Parties originally scheduled a mediation for March 30, 2020; |
| 10 | WHEREAS, the Parties in advance of that mediation engaged in significant pre- |
| 11 | mediation discovery; |
| 12 | WHEREAS, the Parties originally scheduled mediation was cancelled due to the |
| 13 | COVID-19 pandemic; |
| 14 | WHEREAS, the Parties have rescheduled a mediation for the next mutually agreed |
| 15 | upon and available date, October 7, 2020; and |
| 16 | WHEREAS, it is within this Court's power to continue to stay proceedings, a |
| 17 | continued stay pending mediation will not damage or prejudice any party, the further |
| 18 | expenditure of resources before mediation could pose a hardship to both parties, and a stay |
| 19 | pending mediation could simplify the matters before the Court; |
| 20 | NOW THEREFORE, the Parties STIPULATE AND AGREE as follows: |
| 21 | 1. All further proceedings relating to this matter should be stayed pending the |
| 22 | mediation scheduled for October 7, 2020. |
| 23 | 2. The Parties shall inform the Court of the outcome of that mediation; and |
| 24 | 3. The stay should be lifted if that mediation proves unsuccessful. |
| 25 | IT IS SO STIPULATED. |
| 26 | /// |
| 27 | /// |
| 28 | |

| | | |
|---|---|---|
| Dated: March 25, 2020 | | /s/ Jordan D. Bello |

Joseph Lavi (State Bar No. 209776)
Jordan D. Bello (State Bar. No. 276483)
LAVI & EBRAHIMIAN, LLP

Attorneys for Plaintiff
CAROLINA LEOS

Dated: March 25, 2020         /s/ Thomas N. McCormick

Thomas N. McCormick (Bar No. 325537)
Emily A. Papania (Bar No. 325027)
VORYS, SATER, SEYMOUR & PEASE LLP

Attorneys for Defendant
ZALE DELAWARE, INC.

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Second Stipulation between counsel for Plaintiff Carolina Leos and Defendant Zale Delaware, Inc., and good cause appearing therefore, this Court hereby grants the Parties request to STAY all proceedings pending the rescheduled mediation. This Court hereby ORDERS:

1. All further proceedings relating to this matter are stayed pending the mediation scheduled for October 7, 2020;

2. The Parties shall inform the Court of the outcome of that mediation; and

3. The stay will be lifted if that mediation proves unsuccessful.

**IT IS SO ORDERED.**

Dated: March 30, 2020

Troy L. Nunley
United States District Judge